UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Sheila Whetsel,**

    **Plaintiff,**

    v.

**Commissioner of Social Security,**

    **Defendant.**

Case No. 2:15–cv–3015

Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and supplemental security income. On February 2, 2017, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded for further proceedings. Report and Recommendation, ECF No. 20 ("R&R"). Although the parties were specifically advised of their right to object to the R&R, and of the consequences of their failure to do so, there has nevertheless been no objection to the R&R.

The R&R, ECF No. 20, is **ADOPTED and AFFIRMED**. The decision of the Commissioner is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and this action is **REMANDED** for further consideration of the significance of the post-2012 treatment, including a re-evaluation of Dr. Tasnin's opinions and, if

appropriate, obtaining additional medical opinions about Plaintiff's functional capacity from 2013 forward.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**